NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DUNCAN KITCHEN GRIPS, INC.,**
*Plaintiff-Appellant,*

**v.**

**BOSTON WAREHOUSE TRADING CORP.,**
*Defendant-Appellee.*

———————————

2011-1321

———————————

Appeal from the United States District Court for the Central District of California in No. 09-CV-1328, Judge Cormac J. Carney.

———————————

**ON MOTION**

———————————

**O R D E R**

Having received no objection to this court's December 30, 2013, order,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each side shall bear its own costs.

2                    DUNCAN KITCHEN v. BOSTON WAREHOUSE

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: January 16, 2014